UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMMAJANE GOUDARZI | CIVIL ACTION |
| v. | |
| COMHAR INCORPORATED MONEY PURCHASE PLAN and LIFE INSURANCE COMPANY OF NORTH AMERICA (A CIGNA COMPANY) | NO.: 10-01839 |

## STIPULATION

It is hereby **STIPULATED** by the undersigned parties that all claims against Comhar Incorporated Money Purchase Plan ("Comhar") are **DISMISSED**.

It is further **AGREED** that based on the allegations in the Complaint, Defendant, Life Insurance Company of North America, will not raise any objection or defense based upon the absence of Comhar, though Defendant, Life Insurance Company of North America, reserves the right to raise their absence as a defense in the event Plaintiff changes it allegations in any future Amended Complaint.

MCDONALD & MCDONALD CO., L.P.A.

By: _____
Joseph P. McDonald, Esquire
Counsel for Plaintiff,
Emmajane Goudarzi

SAUL EWING LLP

By: _____
Mark C. Cawley, Esquire
Counsel for Co-Defendants,
Life Insurance Company of North America (A CIGNA Company)

SWEENEY & SHEEHAN, P.C.

By: _____
Gaetano Mercogliano, Esquire
Attorney for Defendant,
Comhar Incorporated Money Purchase Plan

BY THE COURT:

_____
J.